**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| | |
|---|---|
| **PLAINTIFF** FOX SALERNO | **COURT CASE NUMBER** CV12-202 PHX-ROS (LOA) |
| **DEFENDANT** Bill Montgomery | **TYPE OF PROCESS** Summons/complaint/order |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Bill Montgomery (Maricopa County Attorney)

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
**AT** 301 W. Jefferson, Phoenix, AZ 85003

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Fox Salerno #063416
P.O. Box 3400
Florence, AZ 85132

Number of process to be served with this Form - 285: 1
Number of parties to be served in this case: 1
Check for service on U.S.A.

LODGED
COPY
RECEIVED
APR 30 2012
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Deputy county attorney said he would voluntarily accept service by mail. Maricopa County Attorney's office J. Scott Dutcher, Deputy 222 N. Central, Suite #1100 Phoenix, AZ 85004

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
Fox Sale[rno]
TELEPHONE NUMBER: NONE
DATE: 3-10-12

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process: 1 | District of Origin No. 08 | District to Serve No. 08 | Signature of Authorized USMS Deputy or Clerk: CMS | Date: 03/19/2012 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):
☒ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):
Date of Service: 4/30/2012  Time: 8:40 ☒ am ☐ pm
Signature of U.S. Marshal or Deputy: _____ OUSM

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| $55.00 | $1.00 | | $56.00 | | |

**REMARKS:**

Left summons with Officer Tony Ippolito

PRIOR EDITIONS MAY BE USED         **1. CLERK OF THE COURT**         FORM USM-285 (Rev. 12/15/80)